UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Edmond Davis

Case No. 08−22610−mdm

Chapter 13

Debtor.

## NOTICE OF DISMISSAL

You are hereby notified that this case is dismissed pursuant to the Order entered June 24, 2013 Regarding Trustee's Motion to Dismiss, effective August 12, 2013.

Dated: August 13, 2013

**JANET L. MEDLOCK**
Clerk of Court

By: Mary F.
Deputy Clerk